

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-77,101

## SOHAIB AL SHALWI, Appellant

### v.

## THE STATE OF TEXAS

## ON APPEAL FROM DENIAL OF BAIL
## CAUSE NO. 1700374 IN THE 183rd DISTRICT COURT
## HARRIS COUNTY

**Per curiam.**

## O P I N I O N

This is an appeal from an order denying bail under Article 1, § 11a, of the Texas Constitution. On December 1, 2020, Appellant was arrested and jailed for aggravated robbery. On December 3, 2020, the trial court granted the State's motion to deny bail pursuant to Article 1, Section 11a of the Texas Constitution. Appellant has appealed the trial court's decision. See Tex.R.App.P. 31.1.

Article I, Section 11a mandates that "if the accused is not accorded a trial upon the accusation, . . . within sixty (60) days from the time of his incarceration upon the

accusation, the order denying bail shall be automatically set aside, unless a continuance is obtained upon the motion or request of the accused. . . ." In this case, the sixty day period has expired. Nothing indicates any continuance has been obtained, therefore we assume the order denying bail has been automatically set aside as the Constitution requires. Thus, the issue before us is now moot and we dismiss the appeal. See *Criner v. State*, 878 S.W.2d 162 (Tex.Crim.App. 1994); *Holloway v. State*, 781 S.W.2d 605 (Tex.Crim.App. 1989).

Filed September 1, 2021
Do not publish